UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SWORDPEN.COM, INC.,

                Plaintiff,

  -against-

HENRY HOLT AND COMPANY, LLC, KAREN
J. KATZ, and JOHN and/or JANE DOES 1 – 10,

               Defendant(s).
------------------------------------------------------------X

Civil Action No.

DISCLOSURE STATEMENT
PURSUANT TO
FED R. CIV. P. 7.1

**07 CIV 10955**

**JUDGE KARAS**

FILED
DEC - 3 2007
USDC SDNY

      Pursuant to Federal Rules of Civil Procedure 7.1, Plaintiff, SWORDPEN.COM, INC., by and through its attorneys, Law Offices of Bruce W. Minsky, P.C., hereby discloses the following:

      There is no parent corporation or publicly held corporation that owns 10% or more of its stock of the Plaintiff SWORDPEN.COM., INC.

Dated:     New Hempstead, New York
             November 15, 2007

                              Respectfully submitted,

                              By: _____
                              Bruce W. Minsky (BM6615)
                              LAW OFFICES OF BRUCE W. MINSKY, P.C.
                              112 Brick Church Road
                              New Hempstead, New York 10977
                              Phone:   (646) 234-7006
                              Facsimile: (702) 973-6607

                              *Attorneys for the Plaintiff SWORDPEN.COM, INC.*