AO 121 (6/90)

| TO: U.S. Copyright Office<br>101 Independence Ave. S.E<br>Washington, D.C. 20559-6000<br>(202) 707-3000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION    ☐ APPEAL

**COURT NAME AND LOCATION**
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

| DOCKET NO. | DATE FILED |
|---|---|
| 07CV10955 | 12/3/07 |

**PLAINTIFF**: Swordpen.com, Inc.

**DEFENDANT**: Henry Holt and Company, LLC, et al

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1. | TXu928-388 | Lewinson Work | Zev Lewinson |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

☆U.S. G.P.O. 1982-374-279

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights