## WAIVER OF SERVICE OF SUMMONS

To:   LAW OFFICES OF BRUCE W. MINSKY, P.C.

I, __KAREN KATZ_____ (Defendant Name) acknowledge receipt of your request that I waive service of a summons in the action of **SwordPen.Com, Inc. v. Henry Holt and Company, LLC, et. al.**, which is case/docket number **07 CIV 10955** in the United States District Court, for the Southern District of New York (White Plains).

I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Federal Rules of Civil Procedure Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Federal Rules of Civil Procedure Rule 12 is not served upon you within 60 days after December 12, 2007, or within 90 days after that date if the request was sent outside the United States.

Dated:    ~~December ------, 2007~~
          January 17, 2008

By: _____
Name:   c/o Robert Balin, Esq.
Title:  DAVIS WRIGHT TREMAINE LLP
Firm:   1633 Broadway
Address: New York, NY  10019
         (212) 489-8230

# WAIVER OF SERVICE OF SUMMONS

To:   LAW OFFICES OF BRUCE W. MINSKY, P.C.

I, <u>Henry Holt and Company, LLC</u> *(Defendant Name)* acknowledge receipt of your request that I waive service of a summons in the action of **SwordPen.Com, Inc. v. Henry Holt and Company, LLC, et. al.**, which is case/docket number **07 CIV 10955** in the United States District Court, for the Southern District of New York (White Plains).

I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I *(or the entity on whose behalf I am acting)* be served with judicial process in the manner provided by Federal Rules of Civil Procedure Rule 4.

I *(or the entity on whose behalf I am acting)* will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me *(or the party on whose behalf I am acting)* if an answer or motion under Federal Rules of Civil Procedure Rule 12 is not served upon you within 60 days after December 12, 2007, or within 90 days after that date if the request was sent outside the United States.

Dated:     January 15, 2008

By: _____
Name:   Paul J. Sleven
Title:   Secretary
Firm:   Henry Holt and Company, LLC
Address: 175 Fifth Avenue
         New York, NY  10010