UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

SWORDPEN.COM, INC.,

                Plaintiff,

        - against -

HENRY HOLT AND COMPANY, LLC,
KAREN J. KATZ, JOHN AND/OR JANE
DOES 1 -10,

                Defendants.

------------------------------------------------------------- x

07 Civ. 10955 (KMK)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Christopher Robinson, Esq. of DAVIS WRIGHT TREMAINE LLP hereby enters his appearance as counsel for defendants in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorneys at the address stated below.

Dated: New York, New York
       March 11, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
    Christopher Robinson (CR 9165)
    1633 Broadway
    New York, New York 10019
    212-489-8230

TO:    Bruce William Minsky, Esq.
         Law Offices of Bruce W. Minsky, PC
         112 Brick Church Road
         New Hempstead, NY 10977
         dovzeev@aol.com