USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWORDPEN.COM

               Plaintiff,

-v-

HENRY HOLT AND COMPANY, et al.,

               Defendant.

07-CV-10955 (KMK)

MOTION SCHEDULING ORDER

ECF Case

**KARAS, U.S.D.J.**

    At the Pre-Motion Conference before the Court held on March 11, 2008, the Court adopted the following scheduling order:

    Defendant's motion to dismiss shall be served on the Court and opposing counsel not later than April 11, 2008. The motion shall not be longer than twenty-five (25) pages.

    Plaintiff's opposition papers shall be served upon the Court and opposing counsel not later than May 12, 2008. The opposition papers shall not be longer than twenty-five (25) pages.

    Reply papers are to be served upon the Court and opposing counsel not later than May 30, 2008. The reply shall not be longer than ten (10) pages.

    Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

    Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

    The movant shall electronically file its motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that its papers are being filed. Courtesy copies are to be served on the opposing party by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:   White Plains, New York
         March 13, 2008

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE