LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

ROBERT D. BALIN          1633 BROADWAY              TEL (212) 489-8230
DIRECT (212) 603-6440    NEW YORK, NY 10019-6708    FAX (212) 489-8340
rubbulin@dwt.com                                    www.dwt.com

April 2, 2008

**MEMO ENDORSED**

Via Fax: (914) 390-4152

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:   *Swordpen.com, Inc. v. Henry Holt and Co., et al.*
      **S.D.N.Y. Civil Action No. 07 Civ. 10955 (KMK)**

Dear Judge Karas:

We represent defendants Henry Holt and Company, LLC and Karen Katz in the above-captioned action. I am writing to request a short adjournment of the dismissal motion briefing schedule. Plaintiff's counsel, Mr. Minsky, has kindly consented to the requested adjournment.

Pursuant to the scheduling order entered by the Court on March 13, 2008, the motion to dismiss is to be served by April 11, 2008. The parties respectfully request that the date by which defendants must file their motion be extended to April 28, 2008. Plaintiff's opposition would accordingly be due May 26, 2008 and reply papers would be due June 13, 2008.

This is the first request for such an extension. The parties mutually agree to this request and no other scheduled dates will be affected by the granting of the request.

Respectfully,

*Robert D. Balin*
Robert D. Balin

Granted.

cc:   Bruce Minsky, Esq. (via fax)

SO ORDERED

*Kenneth M. Karas*
KENNETH M. KARAS, U.S.D.J.
4/2/08

NYC 195234v1 0060237-000016