```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: _____     │
└─────────────────────────────┘
```

# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

ROBERT D. BALIN
DIRECT (212) 603-6440
robbalin@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

April 21, 2008

Via Fax: (914) 390-4152

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: *Swordpen.com, Inc. v. Henry Holt and Co., et al.*
S.D.N.Y. Civil Action No. 07 Civ. 10955 (KMK)

Dear Judge Karas:

We represent defendants Henry Holt and Company, LLC and Karen Katz in the above-captioned action. Due to the timing of the Jewish holidays, I am writing to request a short adjournment of the dismissal motion briefing schedule. Plaintiff's counsel, Mr. Minsky, has kindly consented to the requested adjournment.

The motion to dismiss is currently due to be served on April 28, 2008. The parties respectfully request that the date by which defendants must serve their motion be extended by one week to May 5, 2008. Plaintiff's opposition would accordingly be due June 4, 2008 and reply papers would be due June 23, 2008. No oral argument date has yet been set.

This is the second request for a short extension. (The first request was granted.) The parties mutually agree to this request and no other scheduled dates will be affected by the granting of the request.

Respectfully,

*Robert D. Balin*
Robert D. Balin

Granted-

cc: Bruce Minsky, Esq. (via fax)

SO ORDERED
*/s/*
KENNETH M. KARAS U.S.D.J.
4/21/08

NYC 196174v1 0060237-000016  00A0