# Law Offices of Bruce W. Minsky, P.C.

112 Brick Church Road
New Hempstead, NY 10977
Telephone: (646) 234-7006; (212) 956-3123
Facsimile: (702) 973-6607 (Not for Litigation Purposes)
E-mail: dovzeev@aol.com

Bruce W. Minsky, Esq.
*Member of the California, Connecticut and New York Bars*

May 29, 2008

VIA FACSIMILE (914) 390-4152

Honorable Kenneth M. Karas, U.S.D.C.J.
United States District Court
  Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE
```

Re:  SwordPen.com, Inc. v. Henry Holt and Co., et. al.
     S.D.N.Y. Civil Action No. : 07 CIV 10955 (KMK)

Dear Judge Karas:

  We represent the plaintiff SwordPen.com, Inc. ("SwordPen" and/or "Plaintiff") in the above entitled action. Due to certain work schedules/conflicts, I am writing to request an adjournment of the briefing schedule associated with the defendants Henry Holt and Company, LLC and Karen Katz's ("Defendants") motion to dismiss. Defendants' counsel, Davis Wright Tremaine, LLP, has consented to this adjournment request.

  As the underlying Motion to Dismiss has been served, it is respectfully requested that the Plaintiff's opposition papers would be due July 1, 2008, with the Defendants' responsive reply papers due July 21, 2008. No oral argument date has been set.

  Although the Defendants' have requested previous consented extensions, all of which have been granted, this is the Plaintiff's first request. As before, the parties mutually agree to this request and, other than the dates mentioned herein, no other dates will be affected by the granting of this request.

  We thank the Court for its time and attention to this matter.

Respectfully submitted,

Bruce W. Minsky

Granted.

SO ORDERED.
KENNETH M. KARAS U.S.D.J.
5/29/08

BWM/jm
cc:  Robert D. Balin, Esq./Christopher J. Robinson, Esq.
     Davis Wright Tremaine, LLP (Via Fax)