# Law Offices of Bruce W. Minsky, P.C.

112 Brick Church Road
New Hempstead, NY 10977
Telephone: (646) 234-7006; (212) 956-3123
Facsimile: (702) 973-6607 (Not for Litigation Purposes)
E-mail: dovzeev@aol.com

June 19, 2008

**MEMO ENDORSED**

Bruce W. Minsky, Esq.
*Member of the California, Connecticut and New York Bars*

<u>VIA FACSIMILE (914) 390-4152</u>

Honorable Kenneth M. Karas, USDJ
United States District Court,
   Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    Re:   SwordPen.Com Inc. v. Henry Holt and Co., et al.
           Case No.: 07 CIV 10955 (KMK)

Dear Judge Karas:

    I am the attorney for plaintiff SwordPen.Com, Inc. ("<u>SwordPen</u>"). As of today, and in accordance with numerous communications/conversations with SwordPen, this office has resigned as counsel for SwordPen in the above entitled. SwordPen has received/acknowledged the resignation.

    Pursuant to such resignation, and with the Defendant's pending motion for summary judgment/to dismiss ("<u>Defendants' Motion</u>"), along SwordPen's opposition papers due July 1, 2008, it is respectfully requested that the time for SwordPen to respond to the Defendants' Motion be extended to August 15, 2008. According to the previous schedulings, Defendant's reply papers were due twenty days from the Plaintiff's opposition due date. The extension will allow sufficient time for SwordPen to engage new counsel and/or provide the needed responses/effort to the Defendants' Motion. No date for oral argument of Defendants' Motion has been scheduled.

    I have reached out to Defendants' counsel, Davis Wright Tremaine, LLP, to apprise them of this development and the request(s) herein. Additionally, SwordPen has been apprised of this communication and the request(s) herein. As a side note, permission to send this correspondence by facsimile was given by 'Eric'

    We thank the Court for its time and attention to this matter.

                                Respectfully submitted,

                                Bruce W. Minsky

BWM/jm
cc:   Robert D. Balin, Esq., Davis Wright Tremaine, LLP *(Via Facsimile)*
       SwordPen.com, Inc. *(Via E-mail)*

*[Handwritten endorsement:]* Granted, but no further extensions in the absence of extraordinary circumstances. So Ordered. [signature] 6/24/08