**MEMO ENDORSED**

# Davis Wright Tremaine LLP

LAWYERS 

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

| | | |
|---|---|---|
| CHRISTOPHER J. ROBINSON<br>DIRECT (212) 603-6441<br>Chrisrobinson@dwt.com | 1633 BROADWAY<br>NEW YORK, NY 10019-6708 | TEL (212) 489-8230<br>FAX (212) 489-8340<br>www.dwt.com |

August 14, 2008

**Via Federal Express**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: ***Swordpen.com, Inc. v. Henry Holt and Co., et al.***
**S.D.N.Y. Civil Action No. 07 Civ. 10955 (KMK)**

Dear Judge Karas:

We represent the defendants in the above-captioned action. I am writing in connection with Plaintiff's Motion to Amend Complaint, dated August 12, 2008.

Assuming that Mr. Lewinson has in fact properly assigned the copyright in *What Do You Call It?* from SwordPen.Com Inc. to himself, defendants do not oppose Mr. Lewinson's motion to file an amended complaint naming himself, in his individual capacity, as sole plaintiff. In the event the Court grants the motion to amend, it is our understanding that the Court will accept Mr. Lewinson's July 9, 2008 pro se opposition to defendants' pending motion to dismiss the complaint.

In light of the vacation schedules of defense counsel, we respectfully request that the Court grant defendants until September 15, 2008 to prepare and file their reply papers in further support of defendants' dismissal motion and in opposition to Mr. Lewinson's submission.

If our understanding on these matters is incorrect, we request that the Court so advise us.

Respectfully,

Christopher J. Robinson

cc: Zev Lewinson
(via email and Federal Express)

DWT 11666906v1 0060237-000016