

**MEMO ENDORSED**

August 18, 2008

**Via DHL**

Honorable Judge Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: Zev Lewinson (SwordPen) vs. Henry Holt (07 Civ. 10955)

Dear Judge Karas:

Thank you for allowing plaintiff permission to seek leave and to amend the complaint.
I am writing in response to Christopher J. Robinson's August 14, 2008 letter. It is my belief that the copyright has been assigned correctly (please see attached). Also, please see attached Amended Complaint. I have acted as quickly as possible to fulfill His Honors instructions with time to spare. Yet I certainly do not oppose defense counsel's need for extended time to respond to my hastily written submission dated July 9, 2008.

My only request from Holt's counsel is that they allow me the courtesy to submit my very slighted revised copy dated this date of August 18, 2008. They can count the letters if they like, but none of the facts therein have been altered. All the Exhibits (already in the courts and attorney's possession) are the same. I merely omitted the unnecessary remarks about my prior counsel. They need not become part of the record. And I beg Mr. Minsky's forgiveness if they do.
I pray the court will grant this request. Surely from July 9th till September 15th allows Mr. Balin and Mr. Robinson ample time, but they may take even more time if they feel they need it.
I trust that they will continue to have patience with my having to work pro se and I thank them and have no less gratitude to the court staff and His Honor in extending me this latitude.

Sincerely,

Zev Léwinson

CC: DWT
    Mssrs. Balin and Robinson

*The Amended Complaint should be docketed.*

*So ordered,*

*[signature]*
*8/10/09*